AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE: December 19, 2005 |
|---|---|
| NAME OF SERVER *(PRINT)* Melissa N. Flores | TITLE: Paralegal |

*Check one box below to indicate appropriate method of service*

| | |
|---|---|
| ☐ | Served personally upon the defendant. Place where served: |
| ☐ | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br><br>Name of person with whom the summons and complaint were left: _____ |
| ☐ | Returned unexecuted: |
| ☒ | Other (specify): Certified U.S. Mail, Return Receipt Requested, addressed to:<br>Robert Chambers<br>Rhone Capital LLC<br>45 Rockefeller Plaza<br>New York, NY 10111-0100 |

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/28/05
  *Date*

*Signature of Server*   /s/ Melissa N. Flores

1000 West Street, Suite 1410, Wilmington, DE, 19801
*Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name ) JESS WON  C. Date of Delivery 12/19/05 |
| 1. Article Addressed to:<br><br>ROBERT CHAMBERS<br>Rhone Capital LLC<br>45 Rockefeller Plaza<br>New York, New York 10111-0100 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☒ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1350 0002 1556 8849 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540