IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DDJ CAPITAL MANAGEMENT, LLC, on its own behalf and as AGENT FOR THE TERM B LENDERS,<br><br>        Plaintiff,<br><br>v.<br><br>J. WILLIAM UHRIG, STEVEN LANGMAN, ROBERT CHAMBERS and LARRY PAVEY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-873-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED by plaintiff, DDJ Capital Management, LLC, on its own behalf and as agent for the Term B Lenders, and defendants, J. William Uhrig, Steven Langman and Robert Chambers, subject to the approval of the Court, that the defendants shall have until February 15, 2006 to answer the Complaint.

KLETT ROONEY LIEBER & SCHORLING   MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Teresa K.D. Currier_                              _/s/ Jon E. Abramczyk_

Teresa K.D. Currier (#3080)                     Jon E. Abramczyk (#2432)
Mary F. Caloway (#3059)                         Lisa K. Whittaker (#4614)
The Brandywine Building                          1201 N. Market Street
1000 West Street, Suite 1410                  Wilmington, DE 19801
Wilmington, DE 19801                            (302) 658-9200
(302) 552-4200                                          *Attorneys for Defendants*
  *Attorneys for Plaintiffs*                           *J. William Uhrig, Steven Langman and*
                                                       *Robert Chambers*

        SO ORDERED this ____ day of _____, 2006.

_____
U.S. District Judge