## MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

January 12, 2006

BY ELECTRONIC FILING

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    DDJ Capital Management, LLC v. J. William Uhrig, et al.
             Civil Action No. 95-873-GMS

Dear Judge Sleet:

      Enclosed is a proposed stipulation to extend until February 15, 2006 the time for defendants J. William Uhrig, Steven Langman and Robert Chambers ("Defendants") to respond to the Complaint. Counsel for plaintiff has agreed to this request.

      Defendants respectfully request that the Court grant this proposed enlargement of time because all of the defendants have not yet been served with the complaint, and the defendants that were served during the holiday season needed additional time to retain counsel. The extension should not affect the orderly progress of the case.

                                                    Respectfully,

                                                    Lisa Whittaker (#4614)

LCW/dd
Enclosure
cc:    Peter T. Dalleo, Clerk (By Hand; w/encl)
        Teresa K.D. Currier (By eFiling; w/encl)