IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DDJ CAPITAL MANAGEMENT, LLC, on its own behalf and as AGENT FOR THE TERM B. LENDERS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-873-GMS |
| J. WILLIAM UHRIG, STEVEN LANGMAN, ROBERT CHAMBERS and LARRY PAVEY, | ) ) ) ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Jon E. Abramczyk and Lisa K. Whittaker of Morris, Nichols, Arsht & Tunnell LLP, on behalf of defendants J. William Uhrig, Steven Langman and Robert Chambers, in the above-captioned matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jon E. Abramcyzk (#2432)
Lisa K. Whittaker (#4614)
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 575-7294
    *Attorneys for Defendants*
    *J. William Uhrig, Steven Langman*
    *and Robert Chambers*

January 18, 2006

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 18, 2006 I electronically filed the attached document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following

> Teresa K.D. Currier
> Mary F. Caloway
> Klett Rooney Lieber & Schorling
> The Brandywine Building
> 1000 West Street, Suite 1410
> Wilmington, DE  19801

Lisa K. Whittaker (#4614)
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
lwhittaker@mnat.com