AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: January 23, 2006 |
| NAME OF SERVER (PRINT) Melissa N. Flores | TITLE: Paralegal |

*Check one box below to indicate appropriate method of service*

☐     Served personally upon the defendant. Place where served:

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

☐     Returned unexecuted:

☒     Other (specify): Certified U.S. Mail, Return Receipt Requested, addressed to:
       J. William Uhrig
       Three Cities Research
       350 Fifth Avenue, 71st Floor
       New York, NY 10118

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

       I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/31/06          *Melissa N. Flores*
                Date                 *Signature of Server*

                             1000 West Street, Suite 1410, Wilmington, DE 19801
                                            *Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0002 1556 8894**
Status: **Delivered**

Your item was delivered at 1:37 pm on January 23, 2006 in NEW YORK, NY 10118.

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services  jobs  National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>J. WILLIAM UHRIG<br>Three Cities Research Inc.<br>350 Fifth Avenue, 71st Floor<br>New York, New York 10118 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7004 1350 0002 1556 8894 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |