IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DDJ CAPITAL MANAGEMENT, LLC, )
on its own behalf and as AGENT FOR )
THE TERM B LENDERS, )
    Plaintiff, )
  v. ) Case No. 05 873
J. WILLIAM UHRIG, STEVEN )
LANGMAN, ROBERT CHAMBERS, )
and LARRY PAVEY, )
    Defendant. )

## APPEARANCE AND STIPULATION TO EXTEND FILING TIME OR OTHERWISE PLEAD TO FEBRUARY 15, 2006

Now comes the Defendant, LARRY PAVEY, Pro Se, and files this Appearance and Stipulation to Extend Time or Otherwise Plead to February 15, 2006 for filing Answer and other pleadings in this matter.

_____
Larry Pavey

STIPULATION TO EXTEND TIME AGREED TO

Klett, Rooney, Lieber & Schorling

BY: _____
Teresa K.D. Currier

Larry Pavey, Pro Se
420 N. Front Street
Suite 102
McHenry, Illinois 60050
815-363-0070