IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DDJ CAPITAL MANAGEMENT, LLC, on its own behalf and as AGENT FOR THE TERM B LENDERS,<br><br>Plaintiff,<br><br>vs.<br><br>J. WILLIAM UHRIG, STEVEN LANGMAN, ROBERT CHAMBERS and LARRY PAVEY,<br><br>Defendants. | Case No. 05-cv-873 (GMS) |

**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Defendants J. William Uhrig, Steven Langman, and Robert Chambers, by and through their undersigned attorneys, hereby move to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1. The grounds for this motion are more fully set forth in the Memorandum in Support of Defendants' Motion to Dismiss the Complaint.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Lisa Whittaker
Jon E. Abramczyk (#2432)
Lisa Whittaker (#4614)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
*Attorneys for Defendants*
*J. William Uhrig, Steven Langman,*
*and Robert Chambers*

-2-

*Of Counsel*

SULLIVAN & CROMWELL LLP
Bruce E. Clark
Brian T. Frawley
Jeremy C. Bates
125 Broad Street
New York, New York 10004-2498
(212) 558-4000

February 15, 2006

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 15, 2006 I electronically filed the attached document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following

### BY E-FILING:

Teresa K.D. Currier (#3080)
Mary F. Caloway (#3059)
KLETT ROONEY LIEBER & SCHORLING
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

_____
Lisa Whittaker (#4614)