IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DDJ CAPITAL MANAGEMENT, LLC, on its own behalf and as AGENT FOR THE TERM B LENDERS,<br><br>          Plaintiff,<br><br>   vs.<br><br>J. WILLIAM UHRIG, STEVEN LANGMAN, ROBERT CHAMBERS and LARRY PAVEY,<br><br>          Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   Case No. 05-cv-873 (GMS)<br>:<br>:<br>:<br>:<br>:<br>: |

### DECLARATION OF LISA K. WHITTAKER

I, Lisa K. Whittaker, declare as follows:

1. I am an associate in the law firm of Morris, Nichols, Arsht & Tunnell LLP, Delaware counsel to defendants J. William Uhrig, Steven Langman and Robert Chambers in this action. This affidavit is submitted in connection with the Memorandum of Law In Support of the Defendants' Motion to Dismiss the Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of the Amended and Restated Certificate of Incorporation of American Remanufacturers, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

                                                                     /s/ Lisa K. Whittaker
                                                                       Lisa K. Whittaker (#4614)

Dated: February 15, 2006

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 15, 2006 I electronically filed the attached document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following

### BY E-FILING:

Teresa K.D. Currier (#3080)
Mary F. Caloway (#3059)
KLETT ROONEY LIEBER & SCHORLING
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

_____
Lisa Whittaker (#4614)