IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DDJ CAPITAL MANAGEMENT, LLC, on its own behalf and as AGENT FOR THE TERM B LENDERS,<br>    Plaintiff,<br>v.<br>J. WILLIAM UHRIG, STEVEN LANGMAN, ROBERT CHAMBERS, and LARRY PAVEY,<br>    Defendant. | Case No. 05 873 GMS |

## JOINDER IN CO-DEFENDANTS' MOTION TO DISMISS

LARRY PAVEY, Pro Se and Co-Defendant herein, hereby joins in the Motion of the Co-Defendants to dismiss this action filed herein on February 15, 2006 and adopts said Motion to Dismiss as his own pleading.

_____
Larry Pavey

Larry Pavey, Pro Se
420 N. Front Street
Suite 102
McHenry, Illinois 60050
815-363-0070