IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DDJ CAPITAL MANAGEMENT, LLC, on its own behalf and as AGENT FOR THE TERM B LENDERS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>J. WILLIAM UHRIG, STEVEN LANGMAN, ROBERT CHAMBERS and LARRY PAVEY,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-873-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED by plaintiff, DDJ Capital Management, LLC, on its own behalf and as agent for the Term B Lenders, and defendants, J. William Uhrig, Steven Langman and Robert Chambers, subject to the approval of the Court, that the plaintiff shall have until March 29, 2006 to file an answering brief to the defendants' motion to dismiss the complaint.

KLETT ROONEY LIEBER
& SCHORLING

_/s/ Teresa K.D. Currier_
Teresa K.D. Currier (#3080)
Mary F. Caloway (#3059)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
Attorneys for Plaintiff

MORRIS, NICHOLS, ARSHT
& TUNNELL LLP

_/s/ Jon E. Abramczyk_
Jon E. Abramczyk (#2432)
Lisa K. Whittaker (#4614)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
Attorneys for Defendants
J. William Uhrig, Steven Langman and
Robert Chambers

SO ORDERED this _____ day of _____, 2006.

_____
U.S. District Judge