# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

THE BRANDYWINE BUILDING
1000 WEST STREET, SUITE 1410
WILMINGTON, DELAWARE 19801-1397
Telephone: (302) 552-4200

Mary F. Caloway
(302) 552-4209

FACSIMILE: (302) 552-4295
E-MAIL: mcaloway@klettrooney.com

February 24, 2006

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

    Re:    DDJ Capital Management, LLC v. J. William Uhrig, et al.
             Civil Action No. 05-873-GMS

Dear Judge Sleet:

    Yesterday, the parties filed a stipulation for an extension of the time for plaintiff to file an answering brief to the motion to dismiss that was filed by the defendants on February 15, 2006. While the stipulation itself did not set out the reason for the agreed extension, counsel had prepared an accompanying letter, a copy of which is attached hereto, that had stated the reason. Through inadvertence, however, we failed to electronically file the accompanying letter.

    The reason for the requested extension is that both firms that presently represent the plaintiff, Klett Rooney Lieber & Schorling and Akin Gump Strauss Hauer & Feld LLP, have discovered that they have conflicts of interest that prevent them from continuing to represent the plaintiff in this action. The conflicts of interest presented themselves as a result of developments that occurred after this action had already been instituted.

    The parties stipulated to the extension of the time for the plaintiff's answering brief to March 29, 2006 to enable new counsel for the plaintiff to enter their appearances, to familiarize themselves with the case, and to prepare and file the plaintiff's answering brief. The plaintiff has just made arrangements with Arnold M. Weiner, Esq., of the Baltimore firm of Weiner &

February 24, 2006
Page 2

Weltchek, to come into the case, but Mr. Weiner will need time to secure local counsel and to learn the case. Under these circumstances, we believe that the requested extension is reasonable.

Having now made the reason for the stipulated extension known to the Court, we respectfully request that the Court reconsider the stipulation and enter an Order approving it.

Counsel is available at the Court's convenience to answer any questions.

Respectfully Submitted,

*Mary Calloway*

Mary F. Calloway (#3059)
For KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION


cc:    Lisa Whittaker (via-electronic mail)

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

THE BRANDYWINE BUILDING
1000 WEST STREET, SUITE 1410
WILMINGTON, DELAWARE 19801-1397
Telephone: (302) 552-4200

Teresa K.D. Currier
(302) 552-4220

FACSIMILE: (302) 552-4295
E-MAIL: Currier@klettrooney.com

February 23, 2006

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

    Re:   DDJ Capital Management, LLC v. J. William Uhrig, et al.
            Civil Action No. 05-873-GMS

Dear Judge Sleet:

    Enclosed is a proposed stipulation to extend until March 29, 2006 the time for the plaintiff to respond to the motion of the defendants J. William Uhrig, Steven Langman and Robert Chambers to dismiss the complaint. Counsel for the defendants has agreed to this request.

    Plaintiff respectfully requests that the Court grant this proposed enlargement because present counsel for plaintiff must withdraw their appearances due to potential conflicts of interest and it is necessary for counsel to enter their appearances for the plaintiff and to familiarize themselves with the case.

Respectfully,

Teresa K.D. Currier (#3080)

Enclosure
cc:   Peter T. Dalleo, Clerk (By Hand; w/encl.)
       Lisa Whittaker (By e-filing; w/encl.)