IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DDJ CAPITAL MANAGEMENT, LLC, on its own behalf and as AGENT FOR THE TERM B LENDERS,<br><br>Plaintiff,<br><br>v.<br><br>J. WILLIAM UHRIG, STEVEN LANGMAN, ROBERT CHAMBERS and LARRY PAVEY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-873-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

DDJ Capital Management, LLC, Plaintiff, and J. William Uhrig, Steven Langman, Robert Chambers and Larry Pavey, Defendants, hereby stipulate and agree, pursuant to FRCP 41(a)(1), that this action be, and the same is hereby, dismissed without prejudice.

KLETT ROONEY LIEBER
& SCHORLING

*/s/ Mary Caloway*
Teresa K.D. Currier (#3080)
Mary F. Caloway (#3059)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
Attorneys for Plaintiff
DDJ Capital Management, LLC

MORRIS, NICHOLS, ARSHT
& TUNNELL LLP

*/s/ John E. Abramczyk*
John E. Abramczyk (#2432)
Lisa K. Whittaker (#4614)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
Attorneys for Defendants
J. William Uhrig, Steven Langman and
Robert Chambers

*/s/ Larry Pavey*
Larry Pavey, Pro Se
420 N. Front Street, Suite 102
McHenry, Illinois 60050
(815) 363-0070
Defendant