IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DDJ CAPITAL MANAGEMENT, LLC,<br>on its own behalf and as AGENT FOR<br>THE TERM B LENDERS,<br><br>          Plaintiff,<br><br>v.<br><br>J. WILLIAM UHRIG, STEVEN LANGMAN,<br>ROBERT CHAMBERS and LARRY PAVEY,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 05-873 GMS<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, hereby certify that on March 22, 2006, I electronically filed the **Stipulation of Dismissal** with the Clerk of Court using CM/ECF which will send notification of such filing to registered participants. I further certify that on March 22, 2006, I have mailed the document by U.S. First Class mail and hand delivery, to the parties listed on the attached service list.

                                                /s/ Mary F. Caloway
                                                Mary F. Caloway (No. 3059)
                                                Klett Rooney Lieber & Schorling
                                                The Brandywine Bldg
                                                1000 West Street, Suite 1410
                                                Wilmington, DE 19801
                                                (302) 552-4200
                                                  mcaloway@klettrooney.com

**Via Hand Delivery**

Jon E. Abramczyk, Esq.
Lisa K. Whittaker, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801

**Via First Class Mail**

Larry Pavey
420 N. Front Street, Suite 102
McHenry, IL 60050